UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SOUTHEASTERN HOMES, LLC, )<br>SOUTHEASTERN CUSTOM HOMES, LLC, )<br>SOUTHEASTERN HOMES DEVELOPMENT )<br>GROUP, LLC, NORMAN COOPER, )<br>and JOHN LOUIS WALLER AND JO LYNN )<br>HASS WALLER, Trustees for the Waller Family )<br>Trust, under Trust Agreement Dated August 5, 1999) <br>and JOHN LOUIS WALLER AND JO LYNN )<br>WALLER, individually, )<br>)<br>Defendants. )<br>_____) | C.A. NO.: 2:11-cv-00490-PMD<br><br>**ORDER OF DISMISSAL** |

COMES now, the Plaintiff with the consent of the Defendants (who have entered an appearance), stipulate and agree that this matter is settled and shall be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The remaining entities have not entered an appearance in this suit and the Plaintiff voluntarily dismisses them from this lawsuit. The dismissal is with prejudice and each party to bear their own attorneys' fees and costs.

AND IT IS SO ORDERED!

_____
PATRICK MICHAEL DUFFY
United States District Judge

March 30, 2011
Charleston, South Carolina

WE CONSENT:

s/ Morgan S. Templeton
Morgan S. Templeton (Fed I.D. #7187)
Elmore & Wall, P.A.
145 King Street, Suite 302 (29401)
Post Office Box 1200
Charleston, South Carolina  29402
Attorneys for the Plaintiff


WE CONSENT:

s/Philip W. Segui, Jr.
Philip W. Segui, Jr.
Segui Law Firm, PC
864 Low Country Blvd., Ste. A
Mt. Pleasant, South Carolina 29464
**ATTORNEYS FOR JOHN LOUIS WALLER and JO LYNN HASS WALLER, Trustees for the Waller Family Trust and individually**